Cite as 2021 Ark. 203

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | Opinion Delivered: November 4, 2021 |

**PER CURIAM**

Professor Tiffany Murphy of the University of Arkansas School of Law at Fayetteville is reappointed to the Arkansas Access to Justice Commission for a third three-year term to expire on October 15, 2024. The court thanks Professor Murphy for her continued service on this important commission.